UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LANE LEZOTTE | ) | CASE NO. 5:18CV1799 |
| | ) | |
| Plaintiff | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | GEORGE J. LIMBERT |
| | ) | |
| US INSPECTION SERVICES, INC. | ) | |
| | ) | STIPULATED ORDER AND |
| Defendant | ) | FINAL JUDGMENT |

This matter is before the Court upon the parties' Joint Motion for Approval of Settlement ("Joint Motion") (Dkt. No. 25) pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the Parties and memorialized in the Settlement and Release Agreement ("Settlement"), attached to the Joint Motion as Exhibit A.

Having reviewed the Joint Motion, the Settlement, and the pleadings and papers on file in this Action, and for good cause established therein, the Court enters this Stipulated Order and Final Judgment approving the Settlement as follows:

1. The captioned Collective Action Complaint asserts wage-and-hour claims under the FLSA, 29 U.S.C. § 201, et seq., on behalf of Plaintiff, Lane Lezotte. Following the filing of the Collective Action Complaint, Dustin Hanlin and Larry Bing each filed a Consent to Join, purporting to opt-in to any eventual collective action and be bound by any collective action settlement approved by Employee's counsel and by the Court.

2. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b).

3. The Court approves the Settlement and orders that it be implemented according to its terms and conditions.

4. The Court dismisses the Collective Action Complaint with prejudice in its entirety, and, except for as provided in the Settlement, each party shall bear its own costs, including attorneys' fees.

5. The Court finds that there is no just reason for delay, enters final judgment, and directs the Clerk of the Court to enter this Stipulated Order and Final Judgment immediately.

6. The Court retains jurisdiction over the Action to enforce the terms of the Settlement.

**IT IS SO ORDERED.**

Dated: April 8, 2019

/s/George J. Limbert
GEORGE J. LIMBERT
U.S. MAGISTRATE JUDGE

| PLAINTIFF, LANE LEZOTTE | DEFENDANT, US INSPECTION SERVICES, INC. |
|---|---|
| By: /s/Hans A. Nilges | By: /s/Ian T. Clarke-Fisher |
| Hans A. Nilges | Daniel E. Bryer |
| Shannon M. Draher | Rachel V. Kushel* |
| 7266 Portage Street, N.W., Suite D | Ian T. Clarke-Fisher* |
| Massillon, OH 44646 | Robinson & Cole LLP |
| Telephone: (330) 470-4428 | 666 Third Avenue |
| Facsimile: (330) 754-1430 | New York, NY 10017 |
| Email: hans@ohlaborlaw.com | Telephone: (212) 451-2900 |
| sdraher@ohlaborlaw.com | Email: dbryer@rc.com |
| | Email: rkushel@rc.com |
| | Email: iclarke-fisher@rc.com |

\* Admitted *Pro Hac Vice*